

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-17-00326-CV

| | | |
|---|---|---|
| Andrea D. Smith | § | From the 43rd District Court |
| | § | of Parker County (CV17-0117) |
| v. | | |
| | § | February 15, 2018 |
| Pallida, L.L.C., Successor in Interest of Dodeka, L.L.C. and Frost Bank | § | Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
    Chief Justice Bonnie Sudderth